UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SARA GIANNATTASIO, :
:
         Plaintiff, :
:
         v. : No. 18-cv-176
:
EXCELLENT PANCAKE, INC.; :
DINE EQUITY, INC.; and :
GAURAV ARORA, :
         Defendants. :

# O R D E R

**AND NOW**, this 14th day of August, 2018, upon consideration of the Joint Motion for Approval of Settlement Agreement, ECF No. 20, and for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT**:

1. The parties' motion is **GRANTED in part and DENIED in part**.

2. The parties are directed to edit the proposed settlement agreement to limit the scope of the release provisions in Paragraph 7 to waive only claims that fall within the FLSA, WPCL, PMWA, and the common law causes of action Plaintiff alleged in her complaint and that arise from the facts of this litigation.

3. The parties shall file the modified agreement for the Court's final review and approval **within ten days** of the date of this Order.

                              BY THE COURT:

                              */s/ Joseph F. Leeson, Jr.*_____
                              JOSEPH F. LEESON, JR.
                              United States District Court

081418